IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 19-10604 |
|---|---|---|
| Shamecka N Jenkins | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Deborah L. Thorne |

## NOTICE OF MOTION

TO:  The Honorable Judge Deborah L. Thorne, *Via Electronic Filing*

Marilyn O. Marshall, Chapter 13 Trustee, *Via Electronic Filing*

Shamecka N Jenkins, 1419 N Green Meadows Blvd Streamwood, IL 60107, *Via US Mail*

Additional Creditors, *Via Attached Notice of Chapter 13 Bankruptcy Case*

On May 29, 2019 at 10:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Deborah L. Thorne or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 613, Chicago, IL, 60604 and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 5:00 p.m. on or before May 6, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Shamecka N Jenkins** | Social Security number or ITIN | xxx-xx-2900 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | ____ |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter 13 | 4/12/19 |
| Case number: | 19-10604 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shamecka N Jenkins | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1419 N Green Meadows Blvd<br>Streamwood, IL 60107 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847-673-8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312-431-1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 4/15/19 |

**For more information, see page 2**

Debtor  Shamecka N Jenkins                                                                                              Case number 19-10604

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | May 8, 2019 at 12:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>224 South Michigan, Suite 800, Chicago, IL 60604 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 7/8/19 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 6/21/19 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 10/9/19 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>5/29/19 at 10:30 AM , Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Shamecka N Jenkins
   Debtor

Case No. 19-10604-DLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: carmstead    Page 1 of 2    Date Rcvd: Apr 15, 2019
                 Form ID: 309I    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
```
db             +Shamecka N Jenkins,    1419 N Green Meadows Blvd,    Streamwood, IL 60107-1139
27743143       +Aaron's Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
27743144        Aes/slxinc,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
27743146       +Arnold Scott Harris, P.C. Attorney,    111 West Jackson Blvd,    Ste 600,
                 Chicago, IL 60604-3517
27743149       +City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
27743150       +City of Rolling Meadows,    3600 Kirchoff Rd,    Rolling Meadows, IL 60008-2498
27743153       +Cook County Clerk of Circuit Court,    Financial Collections,    50 W Washington St,
                 Chicago, IL 60602-1305
27743154       +Credit Acceptance Corp,    25505 W Twelve Mile Rd,    Ste 3000,    Southfield, MI 48034-8331
27743161       +Illinois Department of Human Servic,    100 S Grand Avenue East,    Springfield, IL 62704-3802
27743162       +Illinois Tollway 7/18,    Legal Department,    PO BOX 5544,    Chicago, IL 60680-5491
27743163       +Linebarger Goggan Blair,    PO Box 06152,    Chicago, IL 60606-0152
27743164        Navient,    Attn: Bankruptcy,    Po Box 9000,    Wilks-Barr, PA 18773-9000
27743165       +Nicor,    PO Box 3042,    Naperville, IL 60566-7042
27743167       +Redmon's Towing,    1275 Spaulding Rd,    Elgin, IL 60120-7314
27743168       +Redmon's Towing,    1323 Rodenburg Rd,    Schaumburg, IL 60193-3527
27743169       +Shiv Sangar,    c/o Todd Jeffrey Stephens,    833 Elm Street, Suite 205,
                 Winnetka, IL 60093-2237
27743170       +Sonnenschein Financial Services Inc,    Two TransAm Plaza, Ste 300,    Villa Park, IL 60181-4817
27743172       +Torres Credit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
27743174       +Village of Hoffman Estates,    RE Admin Fees,    411 W Higgins Rd,
                 Hoffman Estates, IL 60169-3506
27743175       +Village of Mount Prospect,    Attn Tickets,    112 E Northwest Hwy,
                 Mount Prospect, IL 60056-3232
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: cutlerfilings@gmail.com Apr 16 2019 02:31:59     David H Cutler,
                 Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL   60076
tr             +E-mail/Text: courtnotices@chi13.com Apr 16 2019 02:33:11     Marilyn O Marshall,
                 224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 16 2019 02:33:15     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
27743147       +EDI: CINGMIDLAND.COM Apr 16 2019 05:58:00      AT&T Mobile,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
27743145       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 16 2019 02:34:02     Armor Systems,
                 1700 Kiefer Dr, Ste 1,    Zion, IL 60099-5105
27743148       +E-mail/Text: bk@blittandgaines.com Apr 16 2019 02:32:57     Blitt & Gaines,    661 W Glenn Ave,
                 Wheeling, IL 60090-6017
27743151       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Apr 16 2019 02:34:29     ComEd,    PO Box 6111,
                 Carol Stream, IL 60197-6111
27743152       +EDI: WFNNB.COM Apr 16 2019 05:58:00      ComenityCapital/Boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
27743155       +EDI: CMIGROUP.COM Apr 16 2019 05:58:00      Credit Management,    4200 International Pwy,
                 Carrollton, TX 75007-1912
27743156        EDI: NAVIENTFKASMDOE.COM Apr 16 2019 05:58:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
27743157       +E-mail/Text: bknotice@ercbpo.com Apr 16 2019 02:33:41     Enhanced Recovery Company,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
27743158       +EDI: PHINHARRIS Apr 16 2019 06:03:00      Harris & Harris LTD,    111 West Jackson Blvd, Ste 400,
                 Chicago, IL 60604-4135
27743159       +E-mail/Text: bkynotice@harvardcollect.com Apr 16 2019 02:35:10     Harvard Collection Svcs,
                 4839 N Elston Ave,    Chicago, IL 60630-2589
27743160       +E-mail/Text: des.claimantbankruptcy@illinois.gov Apr 16 2019 02:34:35
                 Illinois Depart of Employment Secur,    PO Box 19286,    Springfield, IL 62794-9286
27743166       +E-mail/Text: clientservices@northwestcollectors.com Apr 16 2019 02:32:57     NW Collector,
                 3601 Algonquin Rd,    Rolling Meadows, IL 60008-3143
27743171        EDI: ACFINANCE.COM Apr 16 2019 05:58:00      Springleaf Financial Services,    PO Box 790368,
                 Saint Louis, MO 63179
27743173       +E-mail/Text: ebn@unique-mgmt.com Apr 16 2019 02:34:15     Unique National Collection,
                 119 E. Maple St,    Jeffersonville, IN 47130-3439
27743176       +E-mail/Text: wow.bankruptcy@wowinc.com Apr 16 2019 02:35:11     Wow Cable,    P.O. Box 4350,
                 Carol Stream, IL 60197-4350
                                                                                                TOTAL: 18
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: carmstead          Page 2 of 2          Date Rcvd: Apr 15, 2019
                              Form ID: 309I            Total Noticed: 38

            ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
          David H Cutler    on behalf of Debtor 1 Shamecka N Jenkins cutlerfilings@gmail.com,
              r48280@notify.bestcase.com
          Marilyn O Marshall    courtdocs@chi13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-10604
Shamecka N Jenkins )
)
) Chapter: 13
)
) Honorable Deborah L. Thorne
)
Debtor(s) )

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00  flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ _____  for filing fee paid by the attorney with the attorney's funds

$ _____  for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ _____  Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None
A total of  $ _____ .

Date of Application: 5/6/2019         Attorney Signature  /s/ David H. Cutler

# CUTLER & ASSOCIATES, LTD.
## ATTORNEYS AT LAW
### 4131 Main St.
### SKOKIE, ILLINOIS 60076

---

**TELEPHONE (847) 673-8600**
**FAX (847) 673-8636**

04/016/2019

Letter regarding agreement of fee priority to Cutler and Associates LTD.

Client Name(s): Shamecka N Jenkins

Case No. #: 19-10604

We appreciate you, and your business. We understand making the step to file Bankruptcy can be a difficult one and we truly want to make this process easy for you. As an office who cares about each and every client, we want to ensure an open-door policy. As such we want you to be fully aware of how our fees are paid and when they are disbursed to us in your Chapter 13 Plan.

This is an agreement in addition to the, Court Approved Retention Agreement, you have previously signed and entered into with our firm. Any terms contained in this fee agreement letter which conflict with the Court Approved Retention Agreement will be considered void in a Court of Law. As stated in the Court Approved Retention agreement, our firm charges a flat fee of $4000.00 as approved by the Bankruptcy Court. In addition, the only fee we require you to pay upfront is the court filing fee. In the event our office pays for the filing fee, we will request the filing fee in your Bankruptcy plan as an expense.

Our firm is committed to ensuring a successful case for you. As such we require little to no money up front for the work we do. Our Attorney's fees are paid through your monthly plan payments and disbursed through the Bankruptcy Trustee. Each month when you make your plan payment to the Trustee assigned to your case, the Trustee's office will disburse the payment to our office and your creditors.

Chapter 13 Bankruptcy Plans give priority payments to the following: secured creditors (vehicles, and other personal property), current mortgage payments, Attorney's fees and Trustee's fees. This means when you make your monthly Trustee Plan payment, secured creditors, current mortgage payments, our Attorney's fees, and the Trustee's fees are paid first. Once all of those fees are paid in full then payments will be disbursed to your unsecured general creditors. This arrangement may cause risk, in the event that your case is dismissed before completion or if you decide to convert your case to a Chapter 7.

Furthermore, A creditor or the Trustee may object to our Attorney fees being paid as a priority, or the amount of the priority payment. In the event of an objection, our firm may lower the amount we receive each month to increase the payment to said creditor/objecting party.
An objection filed may result in additional fees requested by said creditor/objecting party which will be paid over the duration your Bankruptcy.

Your monthly payment plan is as follows: $290.00 for 36 months.

The balance owed to our firm is $4000.00 for Attorney's fees.

Your Chapter 13 Bankruptcy Plan, filed by our office has the following terms:

1. Attorney's fees: $250.00 for 16 months.
2. Estimated Trustee fees: 10% of the plan payment.

In month 16 of your plan general unsecured creditors will begin receiving payments.

It is our firm's policy that you are aware of our fees as well as how and when payments will be disbursed. By a standing order of the Court, this letter agreement must be signed, and by signing you are agreeing to the terms and declaring your understanding of the fees and disbursements.

As always, we pride ourselves on client communication, if you have any questions regarding this letter agreement please feel free to ask.

Sincerely,

Cutler and Associates LTD.

_____
Shamecka N Jenkins

**04/22/19**
_____
Dated